UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SILER,

      Plaintiff,

Case No. 08-15077

v.

Honorable Patrick J. Duggan

W. GREEN, et al.,

      Defendants.
                                /

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on May 18, 2009.

PRESENT:        THE HONORABLE PATRICK J. DUGGAN
                        U.S. DISTRICT COURT JUDGE

      Plaintiff, a Michigan state prisoner, initiated this lawsuit on December 9, 2008, pursuant to 42 U.S.C. § 1983 alleging violations of his Eighth Amendment rights. On February 27, 2009, Plaintiff filed a motion for a preliminary injunction and temporary restraining order. Plaintiff is seeking an order that Defendants provide him with "proper medical care." This Court referred Plaintiff's motion and all pretrial matters to Magistrate Judge Mona K. Majzoub on March 9, 2009.

      On March 19, 2009, Magistrate Judge Majzoub filed her Report and Recommendation (R&R) recommending that this Court deny Plaintiff's motion. At the conclusion of the R&R, Magistrate Judge Majzoub advises the parties that they may object to and seek review of the

R&R within ten days of service upon them. (R&R at 5.) She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Majzoub.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order is **DENIED**.

                                                                           s/PATRICK J. DUGGAN
                                                                           UNITED STATES DISTRICT JUDGE

Copies to:
Robert Siler, #374576
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, MI 49201

Joseph T. Froehlich, Esq.
John G. Fedynsky, Esq.