**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ROBERT SILER,**

       **Plaintiff,**         **CIVIL ACTION NO. 08-CV-15077-DT**

  **vs.**

                                  **DISTRICT JUDGE PATRICK J. DUGGAN**

**W. BALDWIN, et al.,**       **MAGISTRATE JUDGE MONA K. MAJZOUB**

       **Defendants.**
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT**

This matter comes before the Court on Plaintiff's Motion to Correct filed on June 16, 2009. (Docket no. 42). The docket sheet for this action includes "Schlecter" as a Defendant. However, Plaintiff points out that he did not name "Schlecter" as a defendant. (*Id*.). He named a John Doe defendant which is not reflected on the docket sheet. Therefore, the Court will order the Clerk to replace "John Doe" for "Schlecter" on the docket sheet for this action.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Correct (docket no. 42) is **GRANTED.** The Clerk is directed to remove "Schlecter" from the docket sheet and replace that name with "John Doe."

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: July 17, 2009              s/ Mona K. Majzoub
                                  MONA K. MAJZOUB
                                  UNITED STATES MAGISTRATE JUDGE

## **PROOF OF SERVICE**

I hereby certify that a copy of this Order was served upon Robert Siler and Counsel of Record on this date.

Dated: July 17, 2009              s/ Lisa C. Bartlett
                                  Courtroom Deputy