UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT SILER,

       Plaintiff,           CIVIL ACTION NO. 08-CV-15077-DT

vs.

                                  DISTRICT JUDGE PATRICK J. DUGGAN

W. BALDWIN, et al.,          MAGISTRATE JUDGE MONA K. MAJZOUB

       Defendants.
_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT

This matter comes before the Court on Plaintiff's Motion to Correct Error in Filing to the Clerk. (Docket no. 50). Plaintiff states that he certified that he would mail copies of his Motion to Dismiss to Defendants, but the prison has refused to make the necessary copies for him. (*Id.*). Plaintiff asks that the Court correct his filing and serve the Defendants with copies of his motion. (Docket no. 48). Plaintiff's motion is entered on the docket sheet thereby giving notice to the Defendants which are all represented by counsel.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Correct (docket no. 50) is **GRANTED.** No further action need be taken by the Clerk.

**NOTICE TO THE PARTIES**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated:   8/19/09                              s/Mona K. Majzoub                   
                                              MONA K. MAJZOUB
                                              UNITED STATES MAGISTRATE JUDGE